UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SUSAN CARSON, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:15-cv-337 ) Judge Phillips |
| HAMBLEN COUNTY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

For the reasons set forth in the accompanying memorandum opinion, the defendants' motion for summary judgment [Doc. 30] is **GRANTED** and plaintiff's claims are **DISMISSED**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE